UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                          :

SHIVAN BASSAW, *individually and on behalf of all*    :
*others similarly situated*,    :
   :
                            Plaintiff,    :
   :
           -v-    :
   :
UNITED INDUSTRIES CORPORATION et al.,    :
   :
                        Defendants.    :
   :
------------------------------------------------------------------X

                        19-CV-7759 (JMF)

                        <u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

     In light of Defendants' new motion to dismiss, *see* ECF No. 20, Defendants' earlier motion to dismiss filed at ECF No. 16 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **January 13, 2020**. Defendants' reply, if any, is due by **January 20, 2020**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

     The Clerk of Court is directed to terminate ECF No. 16.

     SO ORDERED.

Dated: January 2, 2020
     New York, New York                                      JESSE M. FURMAN
                                               United States District Judge